Nathaniel Clark (State Bar No. 276621)
Nathanielc@mandarichlaw.com
MANDARICH LAW GROUP, LLP
6301 Owensmouth Avenue
Woodland Hills CA 91367
(818) 264-0108 Telephone
(818) 888-1260 Facsimile

*Attorneys for Defendants*
Mandarich Law Group, LLP
and, CACH, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN BENEDICT                                    ) | CASE NO.  3:12-cv-01072-WQH-JMA |
|            Plaintiff,        ) | |
|     vs.        ) | **REQUEST FOR JUDICIAL NOTICE** |
| CACH, LLC and MANDARICH LAW   ) GROUP, LLP,        ) | |
|            Defendants.     ) | |

    Defendants Mandarich Law Group, LLP and CACH, LLC, hereby request that this Court take Judicial Notice of the following documents pursuant to Rule 201 of the Federal Rules of Evidence, with regard to Defendants' motion for judgment on the pleadings, which is set for hearing on August 27, 2012.

    1    A Copy of the Summons and Complaint filed on December 29, 2011 in the action entitled CACH, LLC v. Glenn D Benedict and Does 1 to 10, inclusive, case no 37-2012-00092318-CL-CL-CTL in the Superior Court of California, County of San Diego, a true and accurate copy of which is attached hereto as Exhibit 1.

    The Court may take judicial notice of these documents and be certain of their contents pursuant to Rule 201 of the Federal Rules of Evidence. Rule 201(b)

1

of the Federal Rules of Evidence allows courts to take judicial notice of matters that are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Such documents are properly considered in a motion brought pursuant to Federal Rule of Civil Procedure 12. *See, United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980); *accord*, *In re Korean Air Lines, Co., Ltd.*, 642 F.3d 685, 689 n. 1 (9th Cir. 2011); *United States v. Howard*, 381 F.3d 873, 876 n. 1 (9th Cir. 2004).

Dated: July 19, 2012                                **MANDARICH LAW GROUP, LLP**

                                         By    /s/ Nathaniel Clark
                                                Nathaniel Clark
                                                Attorney for Defendants